THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GINA WOODS, | : |
| Plaintiff, | : CIVIL ACTION NO. 3:19-CV-00230 |
| | : (JUDGE MARIANI) |
| v. | : |
| ASTRAZENECA PHARMACEUTICALS, L.P., d/b/a AstraZeneca Pharmaceuticals, | : |
| Defendant. | : |

## ORDER

AND NOW, THIS 7th DAY OF MARCH 2023, upon consideration of Defendant's Motion for Summary Judgment (Doc. 39) and all relevant documents, **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion for Summary Judgment (Doc. 39) is **GRANTED IN PART** and **DENIED IN PART**;

2. The Motion is **GRANTED** as to Plaintiff's hostile work environment claims;

3. The Motion is **DENIED** in all other respects;

4. The Court recognizes that Plaintiff's claim for post-employment retaliation is withdrawn (*see* Doc. 47 at 49 n.8);

5. Trial in the above-captioned matter will be scheduled by separate Order.

Robert D. Mariani
United States District Judge